# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2516
_____

United States of America,

*Plaintiff - Appellee,*

v.

Walter Deandre Sorrells,

*Defendant - Appellant.*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: February 10, 2017
Filed: February 24, 2017
[Unpublished]
_____

Before COLLOTON, ARNOLD, and KELLY, Circuit Judges.
_____

PER CURIAM.

Walter Sorrells appeals after he pleaded guilty to drug and money-laundering charges, pursuant to a binding Federal Rule of Criminal Procedure 11(c)(1)(C) plea

agreement that contained an appeal waiver, and the district court[1] imposed the agreed-upon sentence, which was below the calculated Guidelines range. His counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), acknowledging the appeal waiver and raising issues related to Sorrells's conviction and sentence. Sorrells has not filed a supplemental brief.

We conclude that the appeal waiver is enforceable and applicable to the issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); *United States v. Andis*, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Furthermore, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the waiver. Accordingly, we grant counsel's motion, and we dismiss this appeal.

_____

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.